### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

Michael Cardwell,

       Plaintiff**,**

v.                      **COURT FILE NO.:**  11-CV-2094 JAR/KMH

Cole Tanner & Wright, Inc.,

       Defendant.

---

### COMPLAINT AND JURY DEMAND

---

### JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

2. This action arises out of the Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

### VENUE

3. Venue is proper in this District because the acts and transactions occurred here, the Plaintiff resides here, and the Defendant transacts business here.

### PARTIES

4. Plaintiff, Michael Cardwell, is a natural person who resides in the City of Prairie Village, County of Johnson, State of Kansas.

5. The Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. The Plaintiff is an "any person" as that term is used within 15 U.S.C. § 1692 et seq.

7. Defendant Cole Tanner & Wright, Inc. is a foreign corporation with no listed Kansas resident agent, operating from an address of 10333 Harwin, Suite 150, Houston, Texas 77036.

8. The Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9. The principal purpose of the Defendant is the collection of debts using the mails and telephone, and the Defendant regularly attempts to collect debts alleged to be due another.

## FACTUAL ALLEGATIONS

10. Sometime prior to the filing of the instant action, the Plaintiff allegedly incurred a financial obligation that was primarily for personal, family or household purposes and is a "debt" as that term is defined by 15 U.S.C. § 1692a(5),(hereinafter the "Account")..

11. The Account was allegedly not paid and it went into default with the creditor.

12. Sometime thereafter, the alleged debt was assigned, placed or otherwise transferred to the Defendant for collection from the Plaintiff.

## DEFENDANT

13. During the year prior to the filing of the instant action, the Plaintiff participated in telephone calls with and received correspondence from representatives, employees and/or agents of the Defendant who were attempting to collect the Account. These telephone calls and correspondence each individually constituted a "communication" as defined by FDCPA § 1692a(2).

14. During the telephone calls representatives, employees and/or agents of the Defendant falsely stated that Plaintiff had committed a felony in violation of 15 U.S.C. § 1692e preface and (4).

15. In the correspondence Defendant failed to provide the information required by 15 U.S.C. § 1692e(11).

16. In the correspondence Defendant falsely stated that Plaintiff must contact them immediately in violation of 15 U.S.C. § 1692e preface.

17. The foregoing acts and omissions are unfair practices and violate 15 U.S.C. § 1692f.

18. As a consequence of the Defendant's collection activities and communications, the Plaintiff has suffered actual damages, including emotional distress.

## RESPONDEAT SUPERIOR

19. The representatives and/or collectors at the Defendant were employees of and agents for the Defendant, were acting within the course and scope of their employment at the time of the incidents complained of herein and were under the direct supervision and control of the Defendant at all times mentioned herein.

20. The actions of the representatives and/or collectors at the Defendant are imputed to their employer, the Defendant.

21. As a direct and proximate result of the aforesaid actions, the Plaintiff has suffered the aforementioned damages.

## JURY TRIAL DEMAND

The Plaintiff is entitled to and hereby demands a trial by jury.  US Const. amend. 7., Fed. R. Civ. Pro. 38.

## DESIGNATION OF PLACE OF TRIAL

Plaintiff requests Kansas City, Kansas as the place of trial.

## PRAYER

**WHEREFORE**, the Plaintiff prays that the Court grants the following:

1. Actual damages under 15 USC § 1692k(a)(1).

2. Statutory damages under 15 USC § 1692k(a)(2)(A).

3. Reasonable attorneys fees and costs pursuant to 15 USC § 1692k(a)(3).

4. A finding the Defendant violated the FDCPA.

5. Such other and further relief as the Court deems just and proper

Respectfully submitted,

/s/ J. Mark Meinhardt
J. Mark Meinhardt #20245
4707 College Blvd., Suite 100
Leawood, KS  66211
913-451-9797
Fax 913-451-6163

ATTORNEY FOR PLAINTIFF