**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

**MICHAEL CARDWELL**,                               Civil File No. 11-CV-02094-JAR-KMH

      Plaintiff,

vs.                                                                **NOTICE OF DISMISSAL**
                                                                              **WITH PREJUDICE**

**COLE TANNER & WRIGHT, INC**.,

      Defendant.

---

      **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                                       Respectfully submitted,

Dated:  May 20, 2011                              /s/ J. Mark Meinhardt
                                                                 J. Mark Meinhardt KS # 20245
                                                                 4707 College Blvd, Suite 100
                                                                 Leawood, KS 66211
                                                                 (913) 451-9797 (Telephone)
                                                                (913) 451-6163 (Facsimile)
                                                                meinhardtlaw@sbcglobal.net

                                                                **ATTORNEY FOR PLAINTIFF**